# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KIERRA RAMSEY and METRO ) <br> PUBLIC SAFETY & ) <br> INVESTIGATIONS, LLC, ) <br> ) <br> Defendants. ) | Case No. 21-00216-CV-W-GAF |

## ORDER

Now before the Court are Defendant Metro Public Safety & Investigations, LLC's ("Metro") Motion to Extend Time to Answer (Doc. # 16) and Plaintiff Nautilus Insurance Company's ("Plaintiff") Motion for Default Judgment. (Doc. # 17). Plaintiff does not oppose Metro's Motion and asks that the Court deny its Motion for Default Judgment as moot if it grants Metro's Motion. (Doc. # 17). Upon consideration of the parties' arguments and for good cause shown, it is

ORDERED that Metro's Motion to Extend Time to Answer is GRANTED and Plaintiff's Motion for Default Judgment is DENIED as moot.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: July 6, 2021